#4                                    15 45

AO 240  (Rev 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**FILED**

# UNITED STATES DISTRICT COURT
## for the
### Western District of Pennsylvania

FEB 15 2017

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Plaintiff  Quincy L Jenkins )
v.                            )         Civil Action No.
                              )
Defendant  H H S.             )         **17-0213**
                              )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

Self Employed          Quincy L Jenkins
                       1463 Summit St. White Oak Pa 15

My take-home pay or wages are:  $ 1361   monthly  per *(specify pay period)*   monthly

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment          ☑ Yes          ☐ No
(b) Rent payments, interest, or dividends                   ☐ Yes          ☑ No
(c) Pension, annuity, or life insurance payments            ☐ Yes          ☑ No
(d) Disability, or worker's compensation payments           ☐ Yes          ☑ No
(e) Gifts, or inheritances                                  ☐ Yes          ☑ No
(f) Any other sources                                       ☐ Yes          ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev  01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:     $  100.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):

2014 Dodge Journey  $ 18,343.16

Brought a Home Aug. 2014

$ 100,000.00

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):

House Payment  907.88

Dodge Journey  465.34

Gas  150.00

Light  150 monthly    $ 2000.00

State Farm $ 125.00 monthly

Water $300 @ 3 months

Sewage $300 @ 3 months

Cable $150 monthly

Back Pay Phone $150 monthly

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

J.J.
S.J        100%
D.J

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):

Merrick Bank  2,201.63

Duquesne Light  2000.00   J Mayy $ 394.48

Capital One  $ 500.00

Perferred Credit  1500

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:

Applicant's signature

Printed name  Quincey Jenkin

2/8/2017

I Quincy Jenkins, I am self-employed

I received income from CCIS. Word St Pitts. Pa. until June 2016 and was Terminated due to a death of a baby in my home that I had nothing to do with No charges against myself or Help.

I receive adoption Stipen of $1200.⁰⁰ monthly And $160 monthly doing work to make ends meet.

Quincy L. Jenkins